# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| QUATRELA PATE, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:12-cv-01377-GMN-PAL<br><br>**ORDER**<br><br>(Mtn to Extend - Dkt. #36) |

　　　This matter is before the court on Plaintiff Quatrela Pate's Motion to Extend Time in Order to Find Counsel (Dkt. #36). The court has considered the Motion.

　　　On September 17, 2013, the court entered an Order (Dkt. #35) granting Plaintiffs' former counsel's Motion to Withdraw (Dkt. #32). The Order directed Plaintiffs to retain new counsel or file a statement that they would proceed pro se no later than October 16, 2013. On October 16, 2013, Plaintiffs filed the instant Motion, seeking an extension of time in which to retain new counsel. Ms. Pate represents that she is still in the process of attempting to retain counsel, but she does not have the financial resources to do so. She requests a thirty-day extension in which to retain counsel.

　　　Having reviewed and considered the matter,

　　　**IT IS ORDERED** that Plaintiff's Motion to Extend (Dkt. #36) is GRANTED. Plaintiff shall have until **November 22, 2013,** in which to either retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or shall file a notice that she will proceed pro se.

　　　Dated this 23rd day of October, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE