UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

\* \* \*

QUATRELA PATE, *on behalf of* De'Jior Payne,

      Plaintiff(s),

vs.

WAL-MART STORES, INC.,

      Defendant(s).

2:12-CV-1377-JAD-PAL

**ORDER**

    Defendant Wal-Mart Stores, Inc.'s Emergency Motion to Enforce Settlement [61] has been pending since 1/29/2016. The Court held an evidentiary hearing on the issues earlier this month [70], and this case is set on the April 19, 2016, jury trial stack [59].

    Having fully considered the record, Defendant Wal-Mart Stores, Inc.'s Emergency Motion to Enforce Settlement Agreement [61] is GRANTED, and a formal order detailing the basis for the Court's ruling will be issued soon. But the Court wanted the parties to be aware that the settlement agreement will be enforced so they do not needlessly prepare for trial. The April 19, 2016 trial date and all related deadlines are hereby VACATED. All other pending motions will be addressed in due course.

    Dated: March 30, 2016.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE