UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| QUATRELA PATE, | Case No. 2:12-cv-01377-JAD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot Reopen Discovery – Dkt. #73) |
| WAL-MART STORES, INC., et al. | |
| Defendants. | |

On March 30, 2016 Judge Dorsey entered an Order (Dkt. #78) granting Defendant's Motion to Enforce Settlement (Dkt. #61),

**IT IS ORDERED** that the Motion to Reopen Discovery (Third Request) (Dkt. #73) is **DENIED.**

DATED this 6th day of April, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE