**ORD**
AMY M. GAMAGE, ESQ.
Nevada Bar No.: 009304
WILLIAM H. GAMAGE, ESQ.
Nevada Bar No.: 009024
GAMAGE & GAMAGE
1775 Village Center Circle, Ste. 190
Las Vegas, NV 89134
Telephone: (702) 386-9529
Facsimile: (702) 382-9529
Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

In the Matter of the Petition of QUATRELA PATE, Natural parent and Legal Guardian of D.P., a minor,

Petitioner.

CASE NO.: 2:12-cv-01377-JAD-PAL
DEPT NO.: 6D

**AMENDED ORDER APPROVING COMPROMISE OF MINOR'S CLAIM**

Upon the Petition of QUATRELA PATE, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Petition to compromise the claim of D.P., a minor, against Wal-Mart Stores, Inc., for the negligence causing personal injury by falling boxes on June 8, 2011, in Clark County, Nevada, is approved.

IT IS FURTHER ORDERED that the total amount of the proceeds of the proposed compromise is **$2,443.00**. The attorney's fees are contingent fees being waived, reduced from **$1,200.00**, being 40% of the settlement proceeds before deduction of medical or other expenses. The attorney's costs advanced total the sum of $0.00.

IT IS FURTHER ORDERED that **$557.00** shall be disbursed to Ventura County Medical Center, for medical services provided to minor in regard to injuries sustained from the accident.

IT IS FURTHER ORDERED that $2,443.00 shall be deposited by QUATRELA PATE or Gamage & Gamage on behalf of D.P. in a blocked trust account, from which the funds

deposited in the blocked trust account shall not be liquidated or diminished prior to the minor reaching the age of eighteen (18) years without Court approval upon showing that the withdrawal is in the best interest of the minor child. A final accounting will be made prior to release of the funds upon the eighteenth birthday of the child.

IT IS FURTHER ORDERED that Petitioner and/or Gamage & Gamage, shall cause, within sixty (60) days of the date of this order, proof to be filed with this court that the blocked trust account has been established.

IT IS FURTHER ORDERED that a status check before this court is set for the **5TH** day of **December** 2016, at **3:00 p.m.**, to show compliance with this Order.  In the event the proof of compliance has been filed with this Court, counsel may call the judge's courtroom deputy and telephonically request that this status check be vacated.

IT IS FURTHER ORDERED that the trustee or petitioners may be ordered by this Court to file periodic verified annual reports, should the Court deem it appropriate, in order to detail the activities of the blocked trust account during the previous twelve (12) months pursuant to NRS 41.200(5).

DATED this 7th day of October, 2016.

_____
DISTRICT JUDGE

Respectfully submitted by:

**GAMAGE & GAMAGE**

/s/ Amy M. Gamage
_____
AMY M. GAMAGE, ESQ.
Nevada Bar No. 009304
1775 Village Center Circle, Ste. 190
Las Vegas, Nevada  89134
Attorney for Petitioner