1  Brenda H. Entzminger
   Nevada Bar No. 9800
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
   504 South Ninth Street
3  Las Vegas, Nevada 89101
   (702) 938-1510
4

5  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
6
                        UNITED STATES DISTRICT COURT
7
                              DISTRICT OF NEVADA
8

| | |
|---|---|
| QUATRELA PATE, individually and as Guardian ad Litem of DE'JIOR PAYNE, a minor,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. dba WAL-MART SUPERCENTER #2592; DOES 1 through 10, inclusive, and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-1377-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 2 day of Nov., 2016.

GAMAGE & GAMAGE

_____
William H. Gamage, Esq.
1775 Village center Circle, Ste. 190
Las Vegas, Nevada 89134
*Attorneys for Plaintiff*
*Quatrela Pate*

DATED this 2nd day of November, 2016.

PHILLIPS, SPALLAS & ANGSTADT

_____ Ryan Kerbow
Brenda H. Entzminger
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: November 3, 2016.

_____
UNITED STATES DISTRICT JUDGE

IT IS FURTHER ORDERED that the parties still must appear for the Status Conference set for December 5, 2016 at 3:00 p.m. to show proof that the minor's blocked trust account has been established. If counsel can file proof that the account can be established to the Court, counsel shall call the Courtroom Administrator and request to vacate the hearing.